IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

CASE NO. 13-3177

---

UNITED STATES OF AMERICA

Plaintiff-Appellee

-vs-

LOVINA MILLER

Defendant-Appellant

---

On Appeal From The United States District Court
For The Northern District of Ohio
Eastern Division
Dt. Ct. No. 5:11CR594-13

---

BRIEF OF APPELLANT, LOVINA MILLER

---

DAVID C. JACK                    BRIDGET M. BRENNAN
REG. No. #0034187                REG. No.
Attorney for Appellant           Assistant United States Attorney
145 Akron Road                   801 West Superior Avenue
Wadsworth, Ohio 44281            Cleveland, Ohio 44113
330-336-4455

Attorney for Appellant           Attorney for Appellee

ii

# TABLE OF CONTENTS

PAGE(S)

Table of Contents ................................... ii

Table of Authorities ................................ iv

Statement Regarding Oral Argument .................... 1

Statement of Subject Matter and Appellate Jurisdiction    2

Summary of Argument ................................ 3

Statement of the Case .............................. 4

Statement of the Facts ............................. 7

Argument ........................................... 8

Conclusion ......................................... 9

Proof of Service ................................... 9

Designation of Relevant District Court Documents ...... 10

iii

# TABLE OF AUTHORITIES

<u>PAGE(S)</u>

<u>STATUTES & OTHER</u>

Rule 28(i), Federal Rules of Appellate Procedure ......    6,8

18 U.S.C. § 249(A)(2) ...................................    4

18 U.S.C. § 249 (C)(2) ...................................    5

18 U.S.C. § 3231 .......................................    2

28 U.S.C. § 1291 .......................................    2

1

## **STATEMENT REGARDING ORAL ARGUMENT**

Appellant, LOVINA MILLER, states that oral argument should be heard in this case because the issues raised in this appeal require further explanation beyond the realm of the written brief, and/or argument will facilitate the decision-making process.

Wherefore, Appellant Miller requests that this Court grant oral argument in this case.

2

## STATEMENT OF SUBJECT MATTER AND APPELLATE JURISDICTION

A.   Basis for Subject Matter Jurisdiction

The United States District Court for the Northern District of Ohio, Eastern Division, exercised subject matter jurisdiction in this matter on March 28, 2012 with the filing of a superseding indictment in the Northern District of Ohio naming the United States of America as Plaintiff and Lovina Miller as Defendant by virtue of 18 U.S.C. § 3231, which grants original jurisdiction to the district court over all offenses against the laws in the United States.

B.   Appellate Jurisdiction

Appellate jurisdiction in this case was vested in this court upon the filing of a Notice of Appeal by Defendant/ Appellant on February 18, 2013, from the Judgment and Commitment journalized in the district court by virtue of 28 U.S.C. § 1291, which grants the Sixth Circuit Court of Appeals jurisdiction to review all final decisions of the district court.

3

## SUMMARY OF ARGUMENT

This case involved the beard and hair cuttings by members of the Amish Order upon members of the Amish Order. As other briefs have set forth the full detail of the facts and argument in this case, Miller would fully incorporate those facts herein to her brief.

4

## STATEMENT OF THE CASE

Nature of the Case, Course of Proceedings and
Disposition in the Court Below

This is a direct appeal by Defendant/Appellant, Lovina Miller, (Miller or Appellant) from a criminal judgment and commitment entered in the United States District Court for the Northern District of Ohio, Eastern Division at Akron, Ohio, on February 19, 2013 (R. 409, Judgment).

On March 28, 2012, a ten count superseding indictment was filed against Miller in the United States District Court, Northern District of Ohio.  Miller was named in Counts One and Two of the Superseding Indictment.  Count One set forth that between the time of September, 2011 thru March, 2012, Miller and fifteen other individuals from the Amish Community named in the superseding indictment did knowingly and voluntarily conspire, combine, confer and agree with each other to willfully cause bodily injury to other individuals from the Amish Communities, because of their actual and perceived religion of those individuals, resulting from travel usage and instrumentality of interstate commerce and employing a dangerous weapon that traveled in interstate commerce, in violation of 18 U.S.C. § 249(A)(2).

Count Two set forth generally that on September 6, 2011 Lovina Miller and nine other defendants willfully caused bodily injuries to M.M. and B.M. because of the actual and perceived religion of M.M. and B.M., in violation of 18 U.S.C. &249(c)(2) and 2 Hate Crimes Act.

At her arraignment on the superseding indictment, Miller entered a plea of not guilty to the two counts contained in the superseding indictment in which she was named.  On August 27, 2012, Miller together with the other fifteen named Defendants in the superseding indictment proceeded to trial in this matter.

On September 20, 2012, the jury returned their verdicts as to each count contained in the superseding indictment.  Miller was found guilty of Counts One and Two.

On February 8, 2013, Miller appeared before the United States District Court for sentencing in this matter.  At that time, Miller was sentenced to a term of imprisonment of one year and one day on Counts One and Two to be served concurrently with two years of supervised release and a $200.00 special assessment. (R.409, Judgment).

On February 18, 2013, a timely Notice of Appeal was filed in the district court appealing the Conviction, Judgment and Sentence entered therein (R.399, Notice of Appeal).

This cause is now before this Court for appellate review and disposition.

Lovina Miller hereby incorporates all arguments raised by co-Appellants in this appeal, pursuant to Fed.R.App.P.28(i).

## **STATEMENT OF THE FACTS**

This case involved the beard and hair cuttings by members of the Amish Order upon members of the Amish Order. Lovina Miller is married to Co-appellant Eli Miller and was involved in the first beard cutting which occurred on September 6, 2011 against her mother-in-law and father-in-law, Barbara and Martin Miller.   As other briefs have set forth the full detail of the facts in this case, Miller would incorporate those facts herein to her brief.

## ARGUMENT

Lovina Miller hereby incorporates all arguments raised by co-Appellants in this appeal, pursuant to Fed.R.App.P.28(i).

9

## CONCLUSION

Based upon the foregoing, Miller requests that this Court find that her issue is well-taken and grant her relief accordingly.

Respectfully submitted,

/S/ DAVID C. JACK
DAVID C. JACK, #0034187
Attorney for Appellant
145 Akron Road
Wadsworth, Ohio 44281
(330) 336-4455
davidjacklaw@juno.com

## PROOF OF SERVICE

I hereby certify that on November 22, 2013, a copy of the foregoing Brief of Appellant, Lovina Miller, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ DAVID C. JACK
DAVID C. JACK
Attorney for Appellant

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## DESIGNATION OF RELEVANT DISTRICT COURT DOCUMENTS

Pursuant to Sixth Circuit Rule 30(b), the following filings from the District Court's records are designated as relevant to this appeal.

| RE NO. | DESCRIPTION OF ENTRY | PAGE ID # |
|---|---|---|
| N/A | Docket sheet, Northern District of Ohio, Case No. 4:12CR51 | |
| RE 87 | Superseding Indictment | 1184-1204 |
| RE 409 | Judgment | 4434 |
| RE 399 | Notice of Appeal | 4508 |